**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6837**

_____

WILLIAM JOSHUA ALSTON,

        Plaintiff - Appellant,

    v.

ELIZABETH LAWSON, Healthcare Service Admin.; DR. STEVE GARMAN, Medical Director; NURSE PRACTITIONER JENNIFER; NURSE NICKY; NURSE DANIELLE; CHASIDY QUEEN, Nurse; NURSE BEVERLY; NURSE JENNIFER,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Sherri A. Lydon, District Judge.  (2:24-cv-04780-SAL)

_____

Submitted:  May 28, 2026                                      Decided:  June 1, 2026

_____

Before WYNN, QUATTLEBAUM, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

William Joshua Alston, Appellant Pro Se.  Taylor Denslow Brewer, MORAN REEVES & CONN, PC, Richmond, Virginia; Elizabeth Fulton Morrison, WHELAN MELLEN & NORRIS, LLC, Charleston, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Joshua Alston appeals the district court's order adopting the magistrate judge's report and recommendation and dismissing Alston's 42 U.S.C. § 1983 action alleging deliberate indifference to his medical needs.  Alston also moves to exceed the length limitations for his informal brief.  We have reviewed the record and discern no reversible error.  Accordingly, we grant the motion to exceed the length limitations for the informal brief and affirm the district court's order.  *Alston v. Lawson*, No. 2:24-cv-04780-SAL (D.S.C., Aug. 25, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
